

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMVAC Chemical Corporation,
        Plaintiff

v.

United States Environmental
Protection Agency.   Defendant

CASE NUMBER 1:05CV02203

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Rev

DATE STAMP: 11/10/2005

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __AMVAC Chemical Corporation__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AMVAC Chemical Corporation__, which have any outstanding securities in the hands of the public. __American Vanguard__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature: Michele Levy Berlove]_
Signature

__D.C. Bar No. 468883__
Bar Identification Number

__Michele Levy Berlove__
Print Name

__1800 Massachusetts Avenue, N.W.__
Address

__Washington, D.C. 20036__
City      State    Zip

__(202) 778-9000__
Telephone Number