IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMVAC Chemical Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>United States Environmental<br>Protection Agency, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO FILE UNDER SEAL

Plaintiff AMVAC Chemical Corporation ("Plaintiff" or "AMVAC") moves this Court for leave to file Exhibit A to the Complaint in the above-captioned matter under seal.

Exhibit A is the Final Determination of Defendant United States Environmental Protection Agency ("EPA") of AMVAC's claim that certain correspondence between AMVAC and EPA contain confidential business information exempted from disclosure under the Freedom of Information Act ("FOIA") pursuant to 5 U.S.C. § 552(b)(4). By its Complaint, AMVAC seeks a declaration that the statements contained in the correspondence between itself and the EPA constitute confidential business information exempt from disclosure under FOIA pursuant to 5 U.S.C. § 552(b)(4) and asks the Court to enter a Permanent Injunction requiring that the EPA withhold from disclosure under FOIA the correspondence that AMVAC has designated as containing confidential business information. Exhibit A contains AMVAC's confidential business information.

WHEREFORE, Plaintiff respectfully requests that this Court allow Exhibit A to the Complaint in the above-captioned action to be filed under seal.

November 10, 2005

        KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

        */s/ Michele Levy Berlove*
        Barry M. Hartman (Bar No. 291617)
        Michele Levy Berlove (Bar No. 468883)
        1800 Massachusetts Avenue, N.W.
        Washington, D.C. 20036-1800
        (202) 778-9000
        bhartman@klng.com
        mberlove@klng.com

## CERTIFICATE OF SERVICE

I certify that on November 10, 2005, the foregoing Motion to File Under Seal and proposed order were served via first class mail on the following individuals:

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

_____
Michele Levy Berlove