# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMVAC Chemical Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| United States Environmental ) | |
| Protection Agency, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Upon the motion, dated November 10, 2005, of Plaintiff AMVAC Chemical Corporation

in the above-captioned matter, to file Exhibit A to the Complaint under seal, and being otherwise

duly advised of the premises, upon consideration, it is hereby

ORDERED, that the motion is GRANTED.

IT IS SO ORDERED.


Dated: _____, 2005

_____

Hon. _____

United States Bankruptcy Judge

Copies to:

Barry M. Hartman
Michele Levy Berlove
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036-1800
(202) 778-9000
Counsel for Plaintiff

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

bhartman@klng.com
mberlove@klng.com