# UNITED STATES DISTRICT COURT
## District of Columbia

AMVAC Chemical Corporation

V.

United States Environmental
Protection Agency

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02203

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency R

DATE STAMP: 11/10/2005

TO: (Name and address of Defendant)

Kenneth L. Wainstein, Esq.
U.S. Attorney for the District of Columbia
555 - 4th Street, N.W.
Washington, D.C.  20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michele Levy Berlove
Kirkpatrick & Lockhart Nicholson Graham LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you fo the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of th Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

NOV 10 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | 11/14/05 | 3:30 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ambiko Guice | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

☒  Other (specify):  By serving Lori Cox, Legal Secretary, authorized to accept. Service was completed at 555 4th Street, NW, Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/14/05
             Date                    Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Exhibit A Under Seal

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.