**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMVAC Chemical Corporation,<br>4695 MacArthur Court, Suite 1250<br>Newport Beach, CA  92660<br><br>　　　Plaintiff,<br><br>v.<br><br>United States Environmental<br>Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20460; and<br><br>Stephen L. Johnson, in his official<br>capacity as Administrator of the U.S.<br>Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20460.<br><br>　　　Defendants. | Civil Action No. 1:05CV02203 RWR |

## CERTIFICATE OF SERVICE

I certify that on November 10, 2005, service of the Summons and Complaint in the above-captioned matter was made by Certified Mail on the following individuals:

> U.S. Environmental Protection Agency
> Ariel Rios Building
> 1200 Pennsylvania Avenue, N.W.
> Washington, DC  20460
>
> Stephen L. Johnson, Administrator
> U.S. Environmental Protection Agency
> Ariel Rios Building
> 1200 Pennsylvania Avenue, N.W.
> Washington, DC  20460

DC-771654 v1 0307022-0100

Alberto R. Gonzales, Esq.
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Civil Process Clerk
U.S. Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530

_____
Michele Levy Berlove (Bar No. 468883)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036-1800
(202) 778-9000
mberlove@klng.com

Counsel for Plaintiff AMVAC Chemical Corporation