IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMVAC Chemical Corporation, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. __05 2203__ |
| United States Environmental Protection Agency, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Upon the motion, dated November 10, 2005, of Plaintiff AMVAC Chemical Corporation in the above-captioned matter, to file Exhibit A to the Complaint under seal, and being otherwise duly advised of the premises, upon consideration, it is hereby

ORDERED, that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _November 19_ 2005       _____Urbetta, U.S.D.J.____

Hon. _____

~~United States Bankruptcy Judge~~

DC-769715 v1 0307022-0100