UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMVAC Chemical Corporation,**<br>4695 MacArthur Court, Suite 1250<br>Newport Beach, CA 92660<br><br>      **Plaintiff,**<br><br>v.<br><br>**United States Environmental,**<br>**Protection Agency**<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460; and<br><br>**Stephen L. Johnson, in his official**<br>**capacity as Administrator of the U.S.**<br>**Environmental Protection Agency**<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460.<br><br>      **Defendants.** | Civil Action No. 05-2203 (RWR)<br>(ECF) |

**NOTICE OF APPEARANCE**

  THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

        Respectfully submitted,

        _____/s/_____
        MERCEDEH MOMENI
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530
        (202) 305-4851
        (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2005, I caused the foregoing Notice of Appearance to be served on plaintiff by first class mail:

Michele Levy Berlove
Kirkpatrick & Lockhart Nicholson Graham LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　MERCEDEH MOMENI
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 305-4851
　　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)