UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMVAC CHEMICAL CORP., | ) | No. 1:05-cv-02203-RWR |
| | ) | |
| | ) | DEFENDANTS' NOTICE OF |
| Plaintiff, | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Please take notice that the following should be substituted for Assistant United States

Attorney Mercedeh Momeni as counsel for defendants:

David M. Glass, DC Bar 544549    Elizabeth J. Shapiro, DC Bar 418925
Attorney, Department of Justice    Attorney, Department of Justice
20 Mass. Ave., N.W., Rm. 7140    20 Mass. Ave., N.W., Rm. 7152
Washington, D.C. 20530    Washington, D.C. 20530
Tel: (202) 514-4469    Tel: (202) 514-5302
Fax: (202) 616-8470    Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov    E-mail: elizabeth.shapiro@usdoj.gov

Communications for defendants should be directed to Mr. Glass.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney

_David M Glass_

ELIZABETH J. SHAPIRO, DC Bar 418925
DAVID M. GLASS, DC Bar 544549
Attorneys, Department of Justice
20 Mass. Ave., N.W., Room 7140
Washington, D.C.  20530
Tel: (202) 514-4469
Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

Dated: December 22, 2005        Attorneys for Defendants

2