## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMVAC Chemical Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02203-RWR |
| ) | |
| United States Environmental ) | |
| Protection Agency, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FIRM ADDRESS CHANGE

The clerk will please enter in the record the change of address of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG"), effective January 17, 2006, to the following:

>   Kirkpatrick & Lockhart Nicholson Graham LLP
>   1601 K Street, N.W.
>   Washington, D.C.  20006

The firm's telephone and facsimile numbers remain unchanged.  K&LNG is counsel for Nicholas-Applegate Capital Management ("NACM"), a defendant in the above-captioned proceeding.

January 23, 2006

>   KIRKPATRICK & LOCKHART NICHOLSON
>   GRAHAM LLP
>
>
>     /s/ Michele Levy Berlove
>   Barry M. Hartman (Bar No. 291617)
>   Michele Levy Berlove (Bar No. 468883)
>   1800 Massachusetts Avenue, N.W.
>   Washington, D.C.  20036-1800
>   (202) 778-9000
>   bhartman@klng.com
>   mberlove@klng.com
>
>   Counsel for AMVAC Chemical Corporation

**CERTIFICATE OF SERVICE**

      I certify that on January 23, 2006, a copy of the foregoing Notice of Firm Address Change was filed the via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

>David M Glass
>Elizabeth J. Shapiro
>Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7140
>Washington, DC  20530
>david.glass@usdoj.gov
>elizabeth.shapiro@usdoj.gov

                              /s/ Michele Levy Berlove
                              Michele Levy Berlove