**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMVAC Chemical Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Environmental<br>Protection Agency, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:05-cv-02203-RWR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE (CORRECTED) OF FIRM ADDRESS CHANGE

The clerk will please enter in the record the change of address of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG"), effective January 17, 2006, to the following:

>  Kirkpatrick & Lockhart Nicholson Graham LLP
>  1601 K Street, N.W.
>  Washington, D.C.  20006

The firm's telephone and facsimile numbers remain unchanged.  K&LNG is counsel for AMVAC Chemical Corporation, , Plaintiff in the above-captioned proceeding.

January 23, 2006

>  KIRKPATRICK & LOCKHART NICHOLSON
>  GRAHAM LLP
>
>
>  　　　/s/ Michele Levy Berlove
>  Barry M. Hartman (Bar No. 291617)
>  Michele Levy Berlove (Bar No. 468883)
>  1800 Massachusetts Avenue, N.W.
>  Washington, D.C.  20036-1800
>  (202) 778-9000
>  bhartman@klng.com
>  mberlove@klng.com
>
>  Counsel for AMVAC Chemical Corporation

DC-782196 v1 0307022-0100

**CERTIFICATE OF SERVICE**

     I certify that on January 23, 2006, a copy of the foregoing Notice of Firm Address Change was filed the via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

        David M Glass
        Elizabeth J. Shapiro
        Department of Justice
        20 Massachusetts Avenue, N.W.
        Room 7140
        Washington, DC  20530
        david.glass@usdoj.gov
        elizabeth.shapiro@usdoj.gov

                    /s/ Michele Levy Berlove
                    Michele Levy Berlove