IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMVAC Chemical Corporation, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05-cv-02203-RWR |
| United States Environmental Protection Agency, *et al.* | ) |
| Defendants. | ) |

**PLAINTIFF'S REPORT**

The parties have conferred pursuant to the Court's January 13, 2006 Order for Initial Scheduling Conference in the above-captioned matter and were unable to agree upon a schedule for this action. Plaintiff Amvac Chemical Corporation proposes the following schedule:

1. The parties shall have 120 days from entry of a scheduling order in which to conduct fact discovery, if any.

2. The parties shall have forty-five (45) days from the close of fact discovery to prepare and file a joint record.

3. The parties' dispositive motions shall be filed by no later than thirty (30) days following the filing of the joint record.

Plaintiff also requests the Court enter an order that:

1. Provides for sealing of any unredacted versions of all documents that are the subject of this litigation;

2 Provides that all other documents exchanged by the parties in this litigation, including discovery materials, that contain (a) either the materials designated as confidential by Plaintiff

DC-785996 v1 0307022-0100

and that are subject to this litigation; or (b) that Plaintiff asserts constitute confidential business information in this litigation, be maintained as confidential by the parties pending disposition of this matter, or until this Court determines otherwise.

      Plaintiff does not consent to the assignment of this case to a United States Magistrate Judge.

January 26, 2006

                KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

                    /s/ Michele Levy Berlove
                Barry M. Hartman (Bar No. 291617)
                Michele Levy Berlove (Bar No. 468883)
                1601 K Street, N.W.
                Washington, D.C.  20006
                (202) 778-9000
                bhartman@klng.com
                mberlove@klng.com

                Counsel for Plaintiff AMVAC Chemical Corporation

## **CERTIFICATE OF SERVICE**

  I certify that on January 26, 2006, a copy of the foregoing Plaintiff's Report was filed via the electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

> David M Glass
> Elizabeth J. Shapiro
> Department of Justice
> 20 Massachusetts Avenue, N.W.
> Room 7140
> Washington, DC  20530
> david.glass@usdoj.gov
> elizabeth.shapiro@usdoj.gov

                /s/ Michele Levy Berlove
               Michele Levy Berlove