**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMVAC Chemical Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> United States Environmental ) <br> Protection Agency, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:05-cv-02203-RWR |

## SCHEDULING AND CONFIDENTIALITY ORDER

The Court having reviewed the parties' separate Reports to this Court in the above-captioned matter, and being otherwise duly advised of the premises, upon consideration, it is hereby

ORDERED that:

1. The parties shall have 120 days from entry of this Order in which to conduct fact discovery, if any.

2. The parties shall have forty-five 45 days from the close of fact discovery to prepare and file a joint record.

3. The parties dispositive motions shall be filed by no later than thirty (30) days following the filing of the joint record.

4. Any and all unredacted versions of all documents that are the subject of this litigation shall be filed under seal.

5. All other documents exchanged by the parties in this litigation, including motions and discovery materials, that contain (a) either the materials designated as confidential by

Plaintiff and that are subject to this litigation; or (b) that Plaintiff asserts constitute confidential business information in this litigation, be maintained as confidential by the parties pending disposition of this matter, or until this Court determines otherwise.

6. Defendants shall have 10 days from the filing under seal of any document in which to challenge Plaintiff's designation of such document as confidential.

IT IS SO ORDERED.

Dated: _____, 2006

_____
Hon. Richard W. Roberts
United States Bankruptcy Judge

Copies to:

Barry M. Hartman
Michele Levy Berlove
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036-1800
(202) 778-9000
Counsel for Plaintiff

Elizabeth J. Shapiro
David M Glass
Department of Justice
20 Massachusetts Avenue, N.W.
Room 7140
Washington, DC 20530
Counsel for Defendants