# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amvac Chemical Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02203-RMU |
| ) | |
| United States Environmental ) | |
| Protection Agency, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiff Amvac Chemical Corporation and Defendants United States Environmental Protection Agency and Stephen L. Johnson, through counsel, hereby stipulate to the dismissal of this action with prejudice. The parties file this stipulation pursuant to Rule 41(a)(1)(ii), which provides that all of the parties that have appeared may join in a stipulation dismissing the action.

The parties ask the Court to confirm this dismissal with prejudice by entering the Order of Dismissal with Prejudice that accompanies this stipulation, each side to bear its own costs and fees.

Dated: June 12, 2006

KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP

    /s/ Michele Levy Berlove
Barry M. Hartman (Bar No. 291617)
Michele Levy Berlove (Bar No. 468883)
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036-1800
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
E-mail: bhartman@klng.com
        mberlove@klng.com

Counsel for AMVAC Chemical Corporation

DC-822094 v1 0307022-0100

PETER D. KEISLER
Assistant Attorney General

KENETH L. WAINSTEIN
United States Attorney


     /s/ David M. Glass
Elizabeth J. Shapiro (Bar No. 418925)
David M Glass (Bar No. 544549)
Attorneys, Department of Justice
20 Massachusetts Avenue, N.W., Room 7140
Washington, D.C. 20530
Telephone: (202) 514-4469
Facsimile: (202) 616-8470
E-mail: david.glass@usdoj.gov

Counsel for Defendants

**Certificate of Service**

I certify that on June 12, 2006, a copy of the foregoing Stipulation of Dismissal was filed via the electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

>David M Glass
>Elizabeth J. Shapiro
>Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7140
>Washington, DC  20530
>david.glass@usdoj.gov
>elizabeth.shapiro@usdoj.gov

       /s/ Michele Levy Berlove
    Michele Levy Berlove