# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amvac Chemical Corporation, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05-cv-02203-RMU |
| United States Environmental Protection Agency, *et al.* | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation of Dismissal, it is hereby

ORDERED, that the above-referenced action is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated: _____, 2006

_____
United States District Judge