IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Amvac Chemical Corporation,

    Plaintiff,

v.

United States Environmental
Protection Agency, *et al.*

    Defendants.

Civil Action No. 1:05-cv-02203-RMU

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation of Dismissal, it is hereby

ORDERED, that the above-referenced action is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated: 6/13, 2006

_____
United States District Judge